UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Armani Goens,<br>   Plaintiff,<br>v.<br><br>Huel, Inc., and 222 UGC,<br><br>   Defendants. | Case No. 1:23-cv-06821-ENV-RML<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

  Plaintiff Armani Goens and Defendant Huel, Inc., acting through counsel, hereby stipulate to the dismissal with prejudice of all claims, causes of action, and parties, pursuant to Fed. R. Civ. P. §41(a)(1)(A)(ii), with each party bearing its own costs and attorneys' fees. Defendant 222 UGC has not been served or appeared in this matter, and thus its signature is not required on this stipulation.

  Per Fed. R. Civ. P. §41(a)(1)(A)(ii), no order is required on this dismissal.

  **SO STIPULATED.**

Dated: May 21, 2024

Respectfully submitted,

By: _/s/ Justin Crayton_____  
Justin Crayton  
Blackpoint Legal Group, PLLC  
2 Blue Slip, #30M  
Brooklyn, NY 11222  
954-242-9295  
blackpointlegal@gmail.com  

*Attorneys for Plaintiff*

By: _/s/ Vivek Jayaram_____  
Vivek Jayaram  
Palak V. Patel  
JAYARAM LAW, INC.  
54 W. 21st St., Suite 801  
New York, New York 10010  
646-325-9855  
palak@jayarmlaw.com  
vivek@jayaramlaw.com  

*Attorneys for Defendant Huel, Inc.*